IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Nationwide Judgment Recovery, Inc. <br> as assignee of Matthew E. Orso, in his <br> capacity as successor court-appointed <br> Receiver for Rex Venture Group, <br> LLC d/b/a ZeekRewards.com for <br> Receiver Kenneth D. Bell <br>         Plaintiff, <br><br> v. <br><br> Reynaldo P. Perez, SSN xxx-xx-5030 <br> (a member of the Defendant Class of <br> Net Winners) in ZeekRewards.com); <br> Todd Disner, et al, <br><br>         Defendant. <br><br> Bank of America, N.A. <br><br>         Garnishee | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 3:21-mc-00293-L |

## APPLICATION FOR WRIT OF GARNISHMENT AFTER JUDGMENT

Nationwide Judgment Recovery, Inc. as assignee of Matthew E. Orso, in his capacity as successor court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com for Receiver Kenneth D. Bell files this Application for Writ of Garnishment After Judgment, and in support thereof would respectfully show this Court as follows:

### I.  Parties

1.   Plaintiff in garnishment, Nationwide Judgment Recovery, Inc. as assignee of Matthew E. Orso, in his capacity as successor court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com for Receiver Kenneth D. Bell, is the assignee of the judgment debtor, Matthew E. Orso, in his capacity as successor court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com for Receiver Kenneth D. Bell.

**APPLICATION FOR WRIT OF GARNISHMENT AFTER JUDGMENT - Page 1**

2. Garnishee, Bank of America, N.A. is a foreign financial institution and may be served with process by serving its registered agent for service of process CT Corporation System located at 1999 Bryan St. Ste 900 Dallas, TX 75201.

## II. Jurisdiction

3. This court has subject matter jurisdiction under 28 U.S.C. §1332(a)(2) because the parties are citizens of different states and the amount in controversy exceeds $75,000.

4. This Court has general personal jurisdiction over Bank of America, N.A. because it has a principal place of business in Texas. Therefore, Bank of America, N.A. has sufficient minimum contacts with the state of Texas sufficient for this Court to exercise personal jurisdiction over Bank of America, N.A.

## III. Venue

5. Venue is proper in this district under 28 U.S.C. §1391(a)(l) and (b)(l) because Bank of America, N.A. resides in this district and because a substantial part of the events or omissions giving rise tothe claim occurred, or a substantial part of property that is the subject of the action is situated within this district.

## IV. Factual Background

6. <u>Affidavit in for Garnishment.</u> Plaintiff has a valid, subsisting judgment against Reynaldo P. Perez, defendant in the action styled *Nationwide Judgment Recovery, Inc. as assignee of Matthew E. Orso, in his capacity as successor court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com for Receiver Kenneth D. Bell against* Reynaldo P. Perez *(a member of the Defendant Class of Net Winners in ZeekRewards.com); Todd Disner, et al*, In the United States District Court of the Western District of North Carolina; Cause Number 3:14-cv-00091-GCM in this Court. Specifically, the Court entered a Final Judgment on August 14, 2017 for each Plaintiff in the amount of $84,647.26 plus judgment interest at 1.22% until paid in full. Reynaldo P. Perez, SSN

**APPLICATION FOR WRIT OF GARNISHMENT AFTER JUDGMENT - Page 2**

xxx-xx-5030 does not possess, within Plaintiff's knowledge, property in Texas subject to execution sufficient to satisfy the judgment. This garnishment is not sought to injure Reynaldo P. Perez, SSN xxx-xx-5030 and Bank of America, N.A.

7.   Affiant has reason to believe, and does believe, that Bank of America, N.A. is indebted to Reynaldo P. Perez. The Affiant's belief is based on a banking relationship between Bank of America, N.A. and Reynaldo P. Perez.

### Prayer

Plaintiff prays that -

a.  a writ of garnishment be issued directed to Bank of America, N.A. as garnishee;

b.  Plaintiff be granted judgment against Bank of America, N.A. as garnishee for the amount now due on Plaintiff's judgment already rendered against Reynaldo P. Perez, SSN xxx-xx-5030, together with interest and costs of the suit in the original case and in this garnishment proceeding;

c.  Plaintiff be granted judgment for prejudgment and postjudgment interest at the highest rate allowed by law; and

d.  Plaintiff be granted all further relief to which Plaintiff may be entitled.

RESPECTFULLY SUBMITTED,

A Newark Firm
1341 W. Mockingbird Lane, Ste 600W
Dallas, Texas  75247
Telephone:   (866)230-7236
Direct Dial:   (888)990-8100
Facsimile:   (888)316-3398
Email:   office@newarkfirm.com

By:   /s/Robert C. Newark, III
Robert C. Newark, III
Texas Bar No. 24040097
Oklahoma Bar No. 21992
ATTORNEY FOR PLAINTIFF

**APPLICATION FOR WRIT OF GARNISHMENT AFTER JUDGMENT  - Page 3**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Nationwide Judgment Recovery, Inc. as assignee of Matthew E. Orso, in his capacity as successor court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com for Receiver Kenneth D. Bell<br>    Plaintiff, | ) ) ) ) ) ) ) ) | |
| v. | ) ) | Case No. 3:21-mc-00293-L |
| Reynaldo P. Perez, SSN xxx-xx-5030 (a member of the Defendant Class of Net Winners) in ZeekRewards.com); Todd Disner, et al,<br>    Defendant. | ) ) ) ) ) ) | |
| Bank of America, N.A.<br>    Garnishee | ) | |

## DECLARATION OF ROBERT C. NEWARK, III REGARDING APPLICATION FOR WRIT OF GARNISHMENT AFTER JUDGMENT

Pursuant to 28 U.S.C.§ 1746, I hereby declare as follows:

1. I am the attorney for the movant, Nationwide Judgment Recovery, Inc. as assignee of Matthew E. Orso, in his capacity as successor court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com for Receiver Kenneth D. Bell., in this proceeding. I have read the Application for Writ of Garnishment After Judgment filed with this Court and the facts contained within it are true and correct.

    2.    I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>September 23, 2021</u>.


                                                 By<u>/s/Robert C. Newark, III</u>
                                                  Robert C. Newark, III

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Nationwide Judgment Recovery, Inc. as assignee of Matthew E. Orso, in his capacity as successor court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com for Receiver Kenneth D. Bell<br>　　　　Plaintiff, | ) ) ) ) ) ) ) ) | |
| v. | ) ) | Case No. 3:21-mc-00293-L |
| Reynaldo P. Perez, SSN xxx-xx-5030 (a member of the Defendant Class of Net Winners) in ZeekRewards.com); Todd Disner, et al,<br>　　　　Defendant. | ) ) ) ) ) ) | |
| Bank of America, N.A.<br>　　　　Garnishee | ) | |

TO:   Reynaldo P. Perez, SSN xxx-xx-5030, 5908 End O Trl., Fort Worth, TX 76112

   YOU ARE HERBY NOTIFIED that certain property alleged to be owned/held by you have been garnished. If you claim any rights in this property, you are advised:

YOU HAVE A RIGHT TO REGAIN POSSESSION OF THE PROPERTY BY FILING A REPLEVY BOND. YOU HAVE A RIGHT TO SEEK TO REGAIN POSSESSION OF THE PROPERTY BY FILING WITH THE COURT A MOTION TO DISSOLVE THIS WRIT.

        A Newark Firm
1341 W. Mockingbird Lane, Ste 600W
Dallas, Texas  75247
Telephone:   (866)230-7236
Direct Dial:    (888)990-8100
Facsimile:    (888)316-3398
Email:          office@newarkfirm.com

By:   /s/Robert C. Newark, III
Robert C. Newark, III
Texas Bar No. 24040097
Oklahoma Bar No. 21992
ATTORNEY FOR PLAINTIFF