IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Nationwide Judgment Recovery, Inc. | ) | |
| as assignee of Matthew E. Orso, in his | ) | |
| capacity as successor court-appointed | ) | |
| Receiver for Rex Venture Group, LLC | ) | |
| d/b/a ZeekRewards.com for Receiver | ) | |
| Kenneth D. Bell | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:21-mc-00293-L |
| | ) | |
| Reynaldo P Perez, | ) | |
| SSN xxx-xx-5030 | | |
| (a member of the Defendant Class of | ) | |
| Net Winners) in ZeekRewards.com); | ) | |
| Todd Disner, et al, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| Robinhood Investments, LLC | ) | |
| Garnishee | | |

## WRIT OF GARNISHMENT

THE STATE OF TEXAS

To:   Robinhood Investments, LLC
      RYAN HIGGINS, Registered Agent
      1401 MCKINNEY, SUITE 2250
      HOUSTON TX 77010

In connection with Civil Action *Nationwide Judgment Recovery, Inc. as assignee of Matthew E. Orso, in his capacity as successor court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com for Receiver Kenneth D. Bell against* Reynaldo P Perez, SSN xxx-xx-5030 *(a member of the Defendant Class of Net Winners in ZeekRewards.com); Todd Disner, et al,* In the United States District Court of the Western District of North Carolina; Cause Number 3:14-cv-00091-GCM in which Plaintiff alleged an indebtedness and obtained a judgment against

WRIT OF GARNISHMENT - Page 1

Reynaldo P Perez as follows:

 a. Plaintiff shall have judgment against Reynaldo P Perez, SSN xxx-xx-5030 for $84,647.26 plus judgment interest at 1.22% until paid in full;

 Plaintiff has filed an application for a writ of garnishment directed to you. YOU ARE COMMANDED, therefore, to be and appear before the United States District Court for the NORTHERN District of TEXAS, DALLAS Division, 1100 Commerce Street Room 1452, Dallas, TX 75242 at or before 10 o'clock a.m. on the Monday next following the expiration of twenty (20) days from the date of service of this writ on you, to answer on oath what, if anything, you are indebted to Reynaldo P Perez, SSN xxx-xx-5030 when this writ was served on you, and what effects, if any, of Reynaldo P Perez, SSN xxx-xx-5030 you have in your possession, and had when this writ was served, and what other persons, if any, within your knowledge, are indebted to Reynaldo P Perez SSN xxx-xx-5030 or have effects belonging to him/her in their possession.

 You are further commanded NOT to pay any debt or deliver any effects to Reynaldo P Perez, SSN xxx-xx-5030 pending further order of this Court.

## <u>NOTICE TO GARNISHEE</u>

 If you do not appear as commanded and answer questions concerning any debts and assets of Reynaldo P Perez, judgment may be rendered against you.

 IF YOU FAIL TO RESPOND OR FILE AN ANSWER, YOU MAY BECOME PERSONALLY LIABLE FOR THE FULL AMOUNT OF THE JUDGMENT AGAINST Reynaldo P Perez, SSN xxx-xx-5030, EVEN IN AN AMOUNT IN EXCESS OF THE VALUE OF THE PROPERTY IN YOUR POSSESSION BELONGING TO Reynaldo P Perez, SSN xxx-xx-5030, OR IN EXCESS OF THE AMOUNT OF ANY DEBT YOU OWE TO Reynaldo P Perez, SSN xxx-xx-5030.

WRIT OF GARNISHMENT - Page 2

ISSUED this _____ day of _____,201_ , to certify which witness my hand and official seal.

**CLERK OF COURT**

_____
DEPUTY CLERK

**<u>OFFICER'S RETURN</u>**

RECEIVED this____    day of_____,201_, and executed  this__    _

day of _____,201____, by _____ ___

RETURNED on this ___    day of _____,201____.

_____

_____County, Texas